UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNO S. LIMON, | ) | CASE NO. CV 08-6915-PSG (PJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| T. FELKER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12/17/10

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LIMON, A 6915\Judgment.wpd